# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASHLEY WILSON and THE ESTATE OF MARK REYNOLDS, *Plaintiffs*, v. WILLIE NELSON, RICHARD ALVES, BUDDY CANNON, JOHN COLGIN, MICHAEL MCQUERRY, COLLEYWOOD MUSIC, RUN SLOW MUSIC, ACT FIVE MUSIC, COTTON VALLEY WORLDWIDE PUBLISHING, HARD LABOR MUSIC, WARNER-TAMERLANE PUBLISHING CORPORATION, LEGACY RECORDINGS, SONY MUSIC ENTERTAINMENT, and YEP ROCK RECORDS, *Defendants*. | CIVIL ACTION FILE 1:15-CV-657-MSH |

## MOTION TO EXTEND TIME
## TO SERVE DEFENDANTS

COME NOW ASHLEY WILSON and THE ESTATE OF MARK REYNOLDS ("Plaintiffs") and WILLIE NELSON ("Defendant Nelson") and move for an extension of time to serve summons pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiffs' current deadline to serve process on all Defendants is July 3, 2015. Plaintiffs have been negotiating settlement with Defendant Nelson, whose

1

counsel is authorized to negotiate settlement with respect to all named Defendants, since March 16, 2015. *See* Exhibit A. These settlement negotiations are continuing, and Counsel for Defendant Nelson believes serving process on all Defendants may upset settlement negotiations. *Id*. Additionally, Plaintiffs' claims may be barred by the statute of limitations if Plaintiffs are forced to refile as a result of the claims being dismissed without prejudice.

The Eleventh Circuit has held that a district court should consider whether circumstances warrant an extension based on the facts of each case. *Lepone-Dempsey v. Carroll County Comm'rs*, 476 F.3d 1277, 1282 (11th Cir. Ga. 2007). Circumstances that may warrant an extension include the potential running of the statute of limitations as well as the existence of ongoing settlement negotiations. *See*, *e.g.*, *Horenkamp v. Van Winkle & Co.*, 402 F.3d 1129, 1133 (11th Cir. Ga. 2005) (affirming district court's grant of extension because refiling would be barred by the statute of limitations); *accord*. *Lepone-Dempsey*, 476 F.3d at 1282 (reversing dismissal for failure to serve and remanding for consideration of the statute of limitations issue); *see also Bicycle Peddler, LLC v. Doe*, 2013 U.S. Dist. LEXIS 112577, 1-2 (M.D. Fla. Aug. 9, 2013) (granting a motion to extend time to serve because parties were negotiating in good faith, recognizing that settlement negotiations may be upset by even inconsequential actions like service of process).

Because of the possibility of resolving this case through settlement, Plaintiffs and Defendant Nelson jointly move the Court to extend the time to serve summons on all named Defendants by sixty (60) days. This would allow all parties involved to avoid potentially unnecessary fees and costs associated with proceeding with litigation.

Respectfully submitted June 30, 2015.


s/Jeffrey B. Sladkus
Jeffrey B. Sladkus
Georgia Bar No. 651220
Mark L. Seigel
Georgia Bar No. 634617
Becki C. Lee
Georgia Bar No. 167852
O. Victoria Rooks
Georgia Bar No. 819379
The Sladkus Law Group LLC
1827 Powers Ferry Rd.
Bldg 6, Ste 200
Atlanta, GA 30339
(404) 252-0900 (Telephone)
mark@sladlaw.com
jeff@sladlaw.com
becki@sladlaw.com
victoria@sladlaw.com

**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASHLEY WILSON and THE ESTATE OF MARK REYNOLDS,<br>*Plaintiffs*,<br>v.<br><br>WILLIE NELSON, RICHARD ALVES, BUDDY CANNON, JOHN COLGIN, MICHAEL MCQUERRY, COLLEYWOOD MUSIC, RUN SLOW MUSIC, ACT FIVE MUSIC, COTTON VALLEY WORLDWIDE PUBLISHING, HARD LABOR MUSIC, WARNER-TAMERLANE PUBLISHING CORPORATION, LEGACY RECORDINGS, SONY MUSIC ENTERTAINMENT, and YEP ROCK RECORDS,<br>*Defendants*. | CIVIL ACTION FILE<br>1:15-CV-657-MSH |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2015, I sent copies of CONSENT MOTION TO EXTEND TIME TO SERVE DEFENDANTS by First Class Mail to the last known address of each Defendant as follows:

| | | |
|---|---|---|
| Willie Nelson<br>c/o Rob Finan, Esq.<br>Greenberg Traurig, LLP<br>3333 Piedmont Road NE<br>Suite 2500<br>Atlanta, GA 30305 | Richard Alves<br>c/o Hard Labor Music<br>2432 Ravine Drive,<br>Nashville, Tennessee,<br>37217-3611 | Buddy Cannon<br>c/o Budro Productions<br>918 19th Ave S<br>Nashville, Tennessee<br>37212 |

4

| | | |
|---|---|---|
| John Colgin<br>2751 Fly Rd.<br>Santa Fe, TN 38482 | Michael McQuerry<br>c/o CVR<br>f/k/a Cotton Valley Music<br>713 18th Ave S,<br>Nashville, TN 37203 | Colleywood Music<br>6021 Sterling Drive,<br>Colleyville, Texas 76034 |
| Run Slow Music<br>89-05 138th Street,<br>Jamaica, New York<br>11435 | Act Five Music<br>P.O. Box 2689, Danbury,<br>Connecticut 06813-2689 | Cotton Valley Worldwide Publishing<br>c/o Blue Water Music Corporation<br>P.O. Box 120904,<br>Nashville, TN 37212-0904 |
| Blue Water Music Corporation d/b/a Mighty Nice Music<br>P.O. Box 120904,<br>Nashville, TN 37212-0904 | Hard Labor Music<br>2432 Ravine Drive,<br>Nashville, Tennessee,<br>37217-3611 | Warner-Tamerlane Publishing<br>10585 Santa Monica Boulevard, Los Angeles, California 90025-4921 |
| Legacy Recordings<br>550 Madison Avenue,<br>23rd Floor, New York,<br>New York 10022-3211 | Sony Music Entertainment<br>550 Madison Avenue,<br>23rd Floor, New York,<br>New York 10022-3211 | |

s/Becki C. Lee
Georgia Bar No. 167852
Attorney for Plaintiffs

THE SLADKUS LAW GROUP
1827 Powers Ferry Road
Building 6, Suite 200
Atlanta, GA 30339
Main: (404) 252-0900
jeff@sladlaw.com

5

EXHIBIT A

**Becki C. Lee**

| | |
|---|---|
| **From:** | FinanR@gtlaw.com |
| **Sent:** | Tuesday, June 30, 2015 4:13 PM |
| **To:** | Becki C. Lee |
| **Subject:** | FW: Willie Nelson |

Becki,

I am actively negotiating a settlement for the benefit of all defendants.  I am confident that we will conclude this matter quickly and amicably.

All rights reserved.

Rob

Robert J. Finan
Greenberg Traurig, LLP | Terminus 200
3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
Tel 678-553-2206 | Fax 678-553-2207
FinanR@gtlaw.com | www.gtlaw.com



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.